UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

☐ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

APR 26 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

DATE: 4/22/2005          CASE NUMBER: 05-04928M

USA vs. LILIANA HERNANDEZ

U.S. MAGISTRATE JUDGE: MAGISTRATE JENNIFER C. GUERIN   Judge #: 70BR

U.S. Attorney  D. Thomas Ferraro          INTERPRETER REQ'BY Ronald Zellon

Attorney for Defendant Al Islas for Leslie A. Bowman (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☐ CUSTODY

☒ Complaint Filed  ☒ DOA 4/20/2005       ☒ Warrant Other District       ☐ Financial Afdvt taken
                                         ☐ Warrant Phx Div.             ☐ No Financial Afdvt taken
                                         ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be ____.
  Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and & defense counsel's request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING:** ☐ Held ☒ Cont'd<br>Set for: 4/25/2005 at 9:15 AM<br>before: MAGISTRATE JUDGE EDMONDS | **REMOVAL HEARING:** ☐ Held ☒ Continued<br>Set for: 4/25/2005 at 9:15 AM<br>before: MAGISTRATE JUDGE EDMONDS |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ **COMMITMENT TO ANOTHER DISTRICT ISSUED** |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ **ORDER BOND** posted in this case be transferred to the U.S. District Court for the  WESTERN DISTRICT OF WASHINGTON  where this matter is pending |

☐ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the _____, that there is probable cause to believe that this defendant is the _____, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

OTHER: _____

Copies to:                              Recorded by Courtsmart
USA, CNSL, PSA                          BY: Beth Harper
                                        Deputy Clerk

(3)