# United States District Court
### WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
v.

LILIANA HERNANDEZ
a/k/a Jessica Valdez
a/k/a Lupe Garcia
a/k/a Sara Peterson
a/k/a Lisa Romero
a/k/a Tira Lopez
a/k/a Jessica Scott

**WARRANT FOR ARREST**

FILED ___ LODGED ___
RECEIVED ___ COPY ___
APR 2 0 2005
DISTRICT OF ARIZONA
BY _____ DEPUTY

05-4928 M

CASE NUMBER: CR04-557JLR

03-CR-00558-WRNT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LILIANA HERNANDEZ___ and bring him or her forthwith to the nearest magistrate judge to answer a(n) INDICTMENT charging him or her with:

Count 1-6: Bank Fraud

in violation of Title __18__ United States Code, Section(s) __1344 & 2__

James Kelly
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[Signature of Issuing Officer]

December 16, 2004 at Seattle, Washington
Date and Location

Bail fixed at _____ by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Subject arrested by __USMS-TUCSON__
and intialed on __20 APR 05__
in the District of Arizona

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Filed: 4/25/05
Clerk U.S. District Court
District Of Arizona
BY: _____ (Deputy)

DATE: 4/25/2005   CASE NUMBER: 05-04928M

USA vs. LILIANA HERNANDEZ

U.S. MAGISTRATE JUDGE: MAGISTRATE GLENDA E. EDMONDS   Judge #: 70BH

U.S. Attorney Dan Santander for D. Thomas Ferraro   INTERPRETER REQ'D N/A

Attorney for Defendant Leslie A. Bowman (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☐ CUSTODY

☒ Complaint Filed   ☒ DOA 4/20/2005   ☐ Warrant Other District   ☐ Financial Afdvt taken
☐ Warrant Phx Div.   ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be SAME.
Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| FURTHER DETENTION HEARING: TO BE HELD IN CHARGING DISTRICT | REMOVAL HEARING: ☐ Held ☒ Waived |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☒ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☒ Defendant Ordered detained pending transport to the charging district. ☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the WESTERN DISTRICT OF WASHINGTON where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the WESTERN DISTRICT OF WASHINGTON, that there is probable cause to believe that this defendant is the LILIANA HERNANDEZ, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

OTHER: _____

Copies to:
USA, CNSL, PSA

(5)

Recorded by Courtsmart
BY: Beth Harper
Deputy Clerk

Copies Distributed

AZ 99 C/O (Rev. 7/99) Commitment to Another District
Case 4:05-mj-04928-BPV   Document 7   Filed 07/11/14   Page 3 of 3
==================================================================

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ARIZONA _____

| | |
|---|---|
| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
| V. | |
| LILIANA HERNANDEZ | |

Case Number: 05-04928M-001
Charging District Case Number:

The defendant is charged with a violation of 18:1344 & 2; BANK FRAUD alleged to have been committed in the WESTERN DISTRICT OF WASHINGTON

Brief Description of Charge(s): BANK FRAUD

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

4/25/2005
Date

MAGISTRATE GLENDA E. EDMONDS
Judicial Officer

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |